**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

v.

**IAN NATHANIEL GRICE**

_____/

**SEALED
INDICTMENT**

4:26Cr43-MW

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about January 14, 2024, in the Northern District of Florida, the

defendant,

**IAN NATHANIEL GRICE,**

did maliciously damage and destroy, and attempt to damage and destroy, by means

of fire, a building and other real property located at 201 South Monroe Street,

Tallahassee, Florida, which was then being used in interstate commerce and in an

activity affecting interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

**COUNT TWO**

Between on or about January 13, 2024, and on or about January 15, 2024, in

the Northern District of Florida and elsewhere, the defendant

**IAN NATHANIEL GRICE,**

traveled in interstate commerce from the State of Tennessee to the State of Florida,

with the intent to promote, manage, establish, carry on and facilitate the promotion,

management, establishment and carrying on of an unlawful activity, that is, arson,

in violation of Title 18, United States Code, Section 844(i), and thereafter

performed and attempted to perform an act to promote, manage, establish and carry

on, and to facilitate the promotion, management, establishment and carrying on of

such unlawful activity.

In violation of Title 18, United States Code, §1952(a)(3).

A TRUE BILL:

_____
FOREPERSON

___6/2/2026_____
DATE

_____
JOHN P. HEEKIN
United States Attorney

_____
ERIC W. WELCH
Assistant United States Attorney

2