**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NUMBER:** 4:26cr43-MW

**IAN NATHANIEL GRICE**
______________________________/

**ORDER FOR WARRANT**

On verbal request of the United States Attorney, Northern District of Florida, pursuant to an Indictment returned against the Defendant,

**IAN NATHANIEL GRICE,**

IT IS HEREBY ORDERED:

1. Warrant of arrest shall immediately issue upon such Indictment against the Defendant.
2. Bail shall be determined by the Judicial Officer at the time of arrest in accordance with the Bail Reform Act, and notation to such effect shall be placed upon the warrant.

DONE and ORDERED this 2nd day of June 2026, at Tallahassee, Florida.

MAF

MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

RCV'D USDC FLND TL
JUN 2 '26 PM3:32