Case 4:26-cr-00043-MW-MAF    Document 10    Filed 08/11/26    Page 1 of 12    https://tnmd-ecf.sso.dcn/cgi-bin/DktRpt.pl?182892298965-L_1_0-1

# U.S. District Court
## Middle District of Tennessee (Nashville)
## CRIMINAL DOCKET FOR CASE #: 3:26-mj-02279-1 *SEALED*
### Internal Use Only

Case title: USA v. SEALED

Date Filed: 07/31/2026

Date Terminated: 07/31/2026

Assigned to: Magistrate Judge Luke A. Evans

### Defendant (1)

**Ian Nathaniel Grice**
*TERMINATED: 07/31/2026*

represented by **William Gilbert Allensworth**
Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, TN 37203-3746
615-695-6923
Email: will_allensworth@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

18:844, 18:1952 Arson; Interstate travel in aid of racketeering enterprises

### Disposition

### Plaintiff

USA            represented by **Dina Shabayek**
Assistant United States Attorneys
719 Church Street
Suite 3300
Nashville, TN 37203
615-401-6595
Email: dina.shabayek@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2026 | 1 | Warrant issued in the Northern District of Florida, Tallahassee Division, on 6/2/2026 returned executed on 7/31/2026 as to Ian Nathaniel Grice. (dt) (Entered: 08/04/2026) |
| 07/31/2026 | | Arrest (Rule 5) of Ian Nathaniel Grice. (dt) (Entered: 08/04/2026) |
| 07/31/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Luke A. Evans: Initial Appearance in Rule 5(c)(3) Proceedings by video conference as to Ian Nathaniel Grice held on 7/31/2026. Defendant appeared with appointed counsel William Gilbert Allensworth. Defendant to remain on current conditions of supervised release. Defendant waived identity hearing. (dt) (Entered: 08/04/2026) |
| 07/31/2026 | 🔒 3 | CJA 23 Financial Affidavit by Ian Nathaniel Grice. (dt) (Entered: 08/04/2026) |
| 07/31/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ian Nathaniel Grice. Signed by Magistrate Judge Luke A. Evans on 7/31/2026. (dt) (Entered: 08/04/2026) |
| 07/31/2026 | 5 | ORDER re: Brady Materials as to Ian Nathaniel Grice. Signed by Magistrate Judge Luke A. Evans on 7/31/2026. (dt) (Entered: 08/04/2026) |
| 07/31/2026 | 6 | WAIVER of Rule 5 & 5.1 Hearing by Ian Nathaniel Grice. (dt) (Entered: 08/04/2026) |
| 07/31/2026 | 7 | ORDER Setting Conditions of Release as to Ian Nathaniel Grice: Defendant must appear as directed to Court in the Northern District of Florida for his in district initial appearance on 8/11/2026 at 1:30 p.m. Signed by Magistrate Judge Luke A. Evans on 7/31/2026. (dt) (Entered: 08/04/2026) |
| 08/04/2026 | 8 | Rule 5(c)(3) Documents Transmitted as to Ian Nathaniel Grice to the Northern District of Florida. (dt) (Entered: 08/04/2026) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

**SEALED**

**VS**

**CASE NO. 4:26cr43-MW**

IAN NATHANIEL GRICE

## WARRANT FOR ARREST

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __IAN NATHANIEL GRICE__
<span style="font-size:small">Name</span>

and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Arson; Interstate Travel in Aid of Racketeering Enterprises

in violation of Title 18 United States Code, Section(s) 844, 1952

__Jessica J. Lyublanovits__
Name of Issuing Officer

_Angela Maxwell_ (signature)
Deputy Clerk: **Angela Maxwell**

__Clerk of Court__
Title of Issuing Officer

__June 2, 2026     Tallahassee__
Date and Location

Bail fixed at $__Bail Reform Act__
and/or in accordance with Comprehensive Crime
Control Act of 1984.

by __Martin A. Fitzpatrick__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| _Wilson County Sheriffs Office_ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>7/31/2026 | _Andrew Anosker / Task Force Officer_ | (signature) |

REC'D-USMS-TLH
JUN 3 '26 AM10:46

## MAGISTRATE JUDGE EVANS COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
### by VIDEO CONFERENCE

U.S.A. v. _Dan Nathaniel Grice_ , No. _3:26 mj 2279_

ATTORNEY FOR GOVERNMENT: _Dina Shakayez_

ATTORNEY FOR DEFENDANT: _Will Attensworth_ ☒ AFPD ☐ Panel ☐ Retained

PRETRIAL SERVICES/PROBATION OFFICER: _Johnny Franklin_

INTERPRETER NEEDED? ☐ YES ☒ NO     LANGUAGE: _____
    INTERPRETER: _____     ☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☒ INITIAL APPEARANCE  ☐ ON A SUMMONS  ☒ ARRESTED ON: _July 31, 2026_
    DEFENDANT HAS A COPY OF:
    ☐ Complaint ☒ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: _____
    ☒ Defendant advised of the charges & maximum penalties     ☒ Defendant provided the financial affidavit
    ☒ Defendant advised right of counsel ☐ Counsel retained     ☒ FPD appointed
    ☒ Defendant advised of right to silence          ☐ Defendant advised of right to Consular Notification
    ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
    ☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
    ☐ Government filed motion for detention      ☐ Defendant waived detention hearing
    ☐ Defendant temporarily detained         ☐ Defendant reserved right to hearing in future
    ☐ Defendant to remain in Federal custody     ☐ Defendant to be returned to State custody
    ☒ Defendant to remain on current conditions of supervised release
    ☒ Defendant released on:
        ☒ Standard ☐ Special ☐ Appearance Bond: _____  ☐ Property Bond
    ☒ RULE 5- Defendant advised of right to identity hearing     ☒ Defendant waived identity hearing
    ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ PRELIMINARY ☐ DETENTION ☐ ARRAIGNMENT CONTINUED TO: _____
    ☐ Good cause shown to exceed 5 business days

☐ GRAND JURY WAIVED IN OPEN COURT     (Waiver of Indictment executed)
☐ ARRAIGNMENT
    ☐ Defendant acknowledges receipt of Indictment/Information  ☐ Indictment/Information read to Defendant
    ☐ Defendant waived reading thereof          ☐ Court advised maximum penalties
    PLEA: ☐ GUILTY  ☐ NOT GUILTY
    ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

DATE: _7-31-2026_          TOTAL TIME: _.12 minutes_
BEGIN TIME: _2:24 p.m._     END TIME: _2:36 p.m_
☒ Digitally Recorded ☐ Court Reporter: _____

Revised on 8/14/25          Page 1 of ___

Case 3:26-mj-02279 *SEALED*     Document 2     Filed 07/31/26     Page 1 of 1 PageID #: 2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-mj-2279 |
| v. | |
| IAN NATHANIEL GRICE, | Magistrate Judge Luke A. Evans |
| Defendant. | |

## ORDER

On the basis of Defendant's affidavit in this cause, the Court determines that Defendant:

☐ is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

☒ is financially unable to employ counsel and appoints the Office of the Federal Public Defender to represent him.

☒ is financially unable to pay the fee of any witness and pursuant to Rule 17(b), of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that Defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

☐ Upon Motion of the Government, the Court may order repayment or partial repayment from Defendant for the attorney and witness fees for these services should it appear Defendant has such ability at a later time.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>IAN NATHANIEL GRICE,<br><br>Defendant. | Case No. 3:26-mj-2279<br><br>Magistrate Judge Luke A. Evans |

## ORDER

Pursuant to the Due Process Protections Act, the Court reminds the government of its obligation under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny. The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court or any other remedy that is just under the circumstances.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ian Nathaniel Grice | ) |
| | ) |
| _____ | ) |
| *Defendant* | ) |

Case No.  3:26-mj-2279

Charging District's Case No.    4:26cr-43-MW

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____
Northern District of Floraida                                            _____.

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  7/31/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Will Allensworth
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release

Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

United States of America      )
v.                     )
Ian Nathaniel Grice       )    Case No.  3:26-mj-2279
                             )
_____)
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the United States' motion for detention is DENIED and defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:   as directed to court in the Northern District of Florida
_____
*Place*

for his in district initial appearance on August 11, 2026 at 1:30 pm.

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 09/24) Additional Conditions of Release                                    Page _2_ of _4_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____   Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____        _____
*Custodian*                                                      *Date*

( ☑ )  (7)  The defendant must:
( ☑ )  (a)  submit to supervision by and report for supervision to the   Pretrial Service Office  ,
telephone number   (615) 736-5771  , no later than   as directed  .
( ☑ )  (b)  continue or actively seek employment.
( ☐ )  (c)  continue or start an education program.
( ☐ )  (d)  surrender any passport to: _____
( ☐ )  (e)  not obtain a passport or other international travel document.
( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Middle District of Tennessee unless approved in advance by Pretrial Services *and Northern District of Florida for court appearances.*
( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:   codefendants except in the presence of counsel
( ☐ )  (h)  get medical or psychiatric treatment: _____
( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( ☑ )  (k)  not possess a firearm, ammunition, destructive device, or other weapon.
( ☐ )  (l)  not use alcohol ( ☐ ) at all ( ☐ ) excessively.
( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ☐ )  (n)  submit to testing for a prohibited substance, if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, wearing a sweat patch, submitting to a breathalyzer, and/or any other form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of substance screening or testing of prohibited substances.
( ☐ )  (o)  participate in a program of inpatient or outpatient substance use treatment, if directed by the pretrial services office or supervising officer.
( ☐ )  (p)  participate in the remote alcohol testing program using continuous electronic alcohol testing and comply with its requirements as directed, including not consuming alcohol.
( ☐ )  pay all or part of the cost of remote alcohol testing, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer.
( ☐ )  (q)  participate in the location monitoring program and comply with the requirements, as directed in subsections i, ii, and iii.

i. Following the location restriction component (**check one**):

( ☐ ) (1)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
( ☐ ) (2)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer; or
( ☐ ) (3)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or activities specifically approved by the court; or
( ☐ ) (4)  **Stand-Alone Monitoring.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology.

AO 199B (Rev. 09/24) Additional Conditions of Release

Page _3_ of _4_ Pages

## ADDITIONAL CONDITIONS OF RELEASE

    (ii)  submit to the following location monitoring technology (**check one**):

        ( ☐ ) (1)  Location monitoring technology as directed by the pretrial services or supervising officer; or

        ( ☐ ) (2)  GPS; or

        ( ☐ ) (3)  Radio Frequency; or

        ( ☐ ) (4)  Voice Recognition; or

        ( ☐ ) (5)  Virtual Mobile Application. You must allow the pretrial services or supervising officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

    (iii)  ( ☐ ) pay all or part of the cost of location monitoring, including equipment loss or damage, based upon your ability to pay, as determined by the pretrial services or supervising officer

( ☑ )  (r)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops within 48 hours.

( ☑ )  (s)  Allow Pretrial Services to visit at home or elsewhere and confiscate any contraband in plain view.

AO 199C  (Rev. 09/08) Advice of Penalties                                                      Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

(   ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____            _____
                                     *Judicial Officer's Signature*

                                     Magistrate Judge Luke A. Evans
                                     _____
                                     *Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

**United States District Court**
**Middle District of Tennessee**
Office of the Clerk
719 Church Street
Nashville, Tennessee 37203
(615) 736-7178, ext 3208


E-Mail: Dalaina_Thompson@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

August 4, 2026


Clerk of Court
Florida Northern District Court
Joseph Woodrow Hatchett United States Courthouse
    & Federal Building
111 North Adams Street, 3rd Floor
Tallahassee, FL 32301


Re: TRANSMISSION OF RULE 5 DOCUMENTS

USA v. Ian Nathaniel Grice
Northern District of Florida Case No. 4:26-cr-43-MW
Middle District of Tennessee Case No. 3:26-mj-2279

Dear Clerk:

Enclosed please find certified copies of Rule 5 paperwork for the above-reference case.

Sincerely,

Dalaina Thompson
Case Administrator


Enclosures