# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE ON INDICTMENT

**Case No.  4:26cr43-MW**                    **Date:  August 11, 2026**

**Docket Entry: First Appearance on Indictment        1:38 - 1:47 pm**

- **Ore Tenus Order Unsealing Case**
- **Attorney John Leace retained**
- **Defendant released on Order Setting Conditions of Release**
- **Trial set for 9/21/2026 at 8:15 a.m.**

**PRESENT:   Martin A. Fitzpatrick, United States Magistrate Judge**

| **Angie Maxwell** | **Ryan Brown** | **DCR TLH** | **Eric Welch** |
|---|---|---|---|
| **Deputy Clerk** | **USPO** | **Court Reporter** | **Ast. US Attorney** |

**U.S.A.  v.  (Defendant listed below)        Attorney for Defendant:**

**IAN NATHANIEL GRICE**                           **John Leace**
**X present    __custody  X O/R**          **X present  __appointed  X retained**

 **X**    **Defendant advised that he/she is before a U.S. Magistrate Judge**

 **X**    **Defendant advised of charges, penalties and fines**

 **X**    **Defendant advised of right to remain silent and consult with an attorney before making any statement**

 **X**    **Defendant advised of his right  to hire counsel**

 ___    **Defendant executes a written CJA Form 23 and swears that it is accurate**

 ___    **Order appointing Public Defender**

 **X**    **Defendant retained his/her own counsel:   John Leace**

 **X**    **Defendant advised of his/her right to bail**

_____ **Defendant advised that if found guilty and sentenced to prison, pretrial release time, regardless of restrictions, will not be credited toward any prison sentence which may be imposed.**

_____ **Government moves for pretrial detention**

_____ **Detention hearing scheduled for:**_____

_____ **Detention hearing held (see separate minutes)**

**X** **Defendant to be released**

_____ **Defendant detained**

_____ **Defendant held over until detention hearing**_____
**(Defendant temporarily detained)**

**X** **Arraignment conducted.  Plea: N/G as charged in indictment**
**Trial scheduled for: 9/21/2026 at 8:15 a.m.**