# United States District Court
## CRIMINAL MINUTES - ARRAIGNMENT

Case No.  4:26cr43-MW                  Date: August 10, 2026

**DOCKET ENTRY: Arraignment on Indictment**

- **Not Guilty Plea Entered**
- **Trial set for September 21, 2026 at 8:15 a.m.**

**PRESENT: Martin A. Fitzpatrick, United States Magistrate Judge**

| Angie Maxwell | Ryan Brown | DCR TLH | Eric Welch |
|---|---|---|---|
| **Deputy Clerk** | **USPO** | **Court Reporter** | **Ast. US Attorney** |

**U.S.A.  v.  (Defendant listed below)      Attorney for Defendant:**

IAN NATHANIEL GRICE                    John Leace

**X present  __custody  X O/R          X present  __ appointed X retained**

**PROCEEDINGS:**

**X    Defendant is ARRAIGNED and specifically advised of his rights.**

**X    Defendant waives reading of Indictment-Information**

**___    Indictment read**

**X    Defendant PLEADS:  ___   Guilty Count(s)**

**                                X    Not Guilty as charged on Indictment**

**X    Trial set for September 21, 2026 at 8:15 a.m.**