IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA,

v.                                                    CASE NO. 4:26cr43-MW

IAN NATHANIEL GRICE.

_____/


## NOTICE OF APPEARANCE


PLEASE TAKE NOTICE that John M. Leace of the law firm LEACE LAW,

P.A., will appear as counsel for Defendant, Mark Robert Clow, in the above-styled

cause and requests that copies of all pleadings, notices, memoranda, and any other

papers filed herein be furnished to the undersigned.

DATED this 12th day of August, 2026.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to all counsel of record through the electronic service utilizing the Court's

CM/ECF system on this 12th day of August, 2026.


1

**Leace Law, P.A.**

By:        */s/ John M. Leace*

        **John M. Leace**
        Florida Bar No. 172626
        414 N. Meridian Street
        Tallahassee, Florida  32301
        Telephone:  (850) 577-3555
        Facsimile:  (850) 577-1695
        Primary E-Mail: John@leacelaw.com
        Secondary E-Mail:  Gretchen@leacelaw.com

        *Attorneys for Defendant*

2